IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. COE, | 1:07-cv-00683-AWI-DLB-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| JAMES A. YATES, | (DOCUMENT #12) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2008, plaintiff filed a motion to extend time to file first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a first amended complaint.

IT IS SO ORDERED.

Dated:  April 8, 2008               /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE