# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. COE, | CASE NO. 1:07-cv-00683-AWI-DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| J. YATES, et al., | |
| Defendants. | |

Plaintiff Michael J. Coe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against defendants DeFrance and Green for violation of 1) the First Amendment for interference with outgoing mail and retaliation; 2) the Equal Protection Clause; and 3) RLUIPA, and against defendant Voss for retaliation.[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S. Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

//

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that defendant James A. Yates be dismissed from this action with prejudice for Plaintiff's failure to state any claims upon which relief may be granted and defendants Ken Clark, L. Polk, K. Allison, S. Smith, B. Murberger, and John Doe 1 be dismissed from this action without prejudice for non-compliance with Federal Rule of Civil Procedure 18(a).

1

1. Service is appropriate for the following defendants:

    DEFRANCE

    GREEN

    VOSS

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed May 8, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed amended complaint filed May 8, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: __March 17, 2009__         _____/s/ Dennis L. Beck_____
                                   UNITED STATES MAGISTRATE JUDGE