# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. COE, | CASE NO. 1:07-cv-00683-AWI-DLB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS and DISMISSING CERTAIN DEFENDANTS |
| v. | |
| YATES, et al., | (Doc. 20) |
| Defendants. | |

Plaintiff Michael J. Coe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 17, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

//
//
//
//

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 17, 2009, is adopted in full;
2. This action proceed only against defendants DeFrance and Green on Plaintiff's First Amendment, Equal Protection, and RLUIPA claims, and against defendant Voss on Plaintiff's First Amendment claim;
3. Defendant James A. Yates be DISMISSED from this action for Plaintiff's failure to state any claims upon which relief may be granted; and
4. Defendants Ken Clark, L. Polk, K. Allison, S. Smith, B. Murberger, and John Doe 1 be DISMISSED from this action for non-compliance with Federal Rule of Civil Procedure 18(a).

IT IS SO ORDERED.

Dated: **May 13, 2009**     /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE