IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. COE, | CASE NO. 1:07-cv-00683 AWI DLB PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION TO DISMISS |
| vs. | |
| JAMES A. YATES, et al., | |
| Defendants. | TWENTY DAY DEADLINE |

Plaintiff Michael J. Coe ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 28, 2009, Defendant Greene filed a motion to dismiss pursuant to the unenumerated portion of Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff has not filed an opposition or statement of non-opposition to the motion. Local Rule 78-230.

Plaintiff is HEREBY ORDERED to file a response to the motion within twenty (20) days of service of this order. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated: August 21, 2009            /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1